AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Joe Moultrie, ) | |
| *Petitioner* ) | |
| v. ) | Civil Action No.   1:13-cv-01569-RMG-SVH |
| Mildred Rivera, Warden, ) | |
| *Respondent* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Joe Moultrie, shall take nothing of the respondent, Mildred Rivera, as to the petition filed pursuant to 28 U.S.C. §2241 and this case is dismissed without prejudice for lack of prosecution.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding, which dismissed the action without prejudice.

Date:  July 16, 2013                                                     *ROBIN L. BLUME, CLERK OF COURT*

                                                                                          s/A. Buckingham
                                                                            *Signature of Clerk or Deputy Clerk*